1 ALESHIRE & WYNDER, LLP
ANTHONY R. TAYLOR, State Bar No. 208712
2  *ataylor@awattorneys.com*
STEPHEN R. ONSTOT, State Bar No. 139319
3  *sonstot@awattorneys.com*
ALISON S. FLOWERS, State Bar No. 271309
4  *aflowers@awattorneys.com*
2361 Rosecrans Ave., Suite 475
5 El Segundo, California 90245
Telephone: (310) 527-6660
6 Facsimile: (310) 532-7395

7 Attorneys for City of South El Monte

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION




| | |
|---|---|
| SANJAY PATEL; SANJAY, a California general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SOUTH EL MONTE, a municipal corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. CV 18-4077-GW-SKx<br><br>The Hon. George H. Wu<br><br>**JUDGMENT OF DISMISSAL**<br><br>Date:         April 22, 2021<br>Time:       8:30 a.m.<br>Crtrm.:     9D<br><br>Trial Date:       None Set |

01257.0025/712673.1

[*PROPOSED*] JUDGMENT OF DISMISSAL

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Motion to Dismiss Second Amended Complaint or, Alternatively, for a More Definite Statement ("Motion") of Defendant City of South El Monte (the "City") came on for hearing on April 22, 2021 at 8:30 a.m. in Courtroom 9D of the above-referenced courthouse. Pursuant to this Court's tentative ruling issued on February 21, 2021 (Docket No. 64), and for the reasons stated on the record, the Court GRANTS the City's Motion and dismisses Plaintiffs' remaining Fifth Amendment takings clause claim without prejudice for lack of "ripeness."

**IT IS SO ORDERED.**

Dated: May 11, 2021

HON. GEORGE H. WU,
United States District Judge